IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DARRELL EDEN; RANDY BACON; ESTATE OF CHRISTOPHER BROWN; through personal representative Paula Rhea Brown; ESTATE OF MARTIN CHOUINARD, through administrator *ad litem* April Hancock; SANDRA CULBERTSON; ESTATE OF DENISE CULPEPPER, through personal representative April Richard; LAURA FULLER; ESTATE OF BRANDON GASH, b/n/k Harry and Sheryl Gash; BENJAMIN NEWTON HANNAH; KRIS HOLDER; AMANDA LENNIE; SHELBY LONG; TERA MILLER; BRYAN WAMPLER; and SHARON WATERS, on behalf of themselves and all others similarly situated; and AVERY L. SHARP; CHELSEA COULTER; KENDRA MICKEL; and ZACHARY GUINN, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br> vs. <br><br> BRADLEY COUNTY, TENNESSEE; SHERIFF STEVE LAWSON, in his official capacity; CAPTAIN JERRY JOHNSON, JR., in his official capacity; ERIC WATSON, in his individual capacity; and CAPTAIN GABRIEL THOMAS, in his individual capacity, <br><br>    Defendants. | Case No.: 1:18-cv-217-CHS <br><br> **CLASS ACTION** <br><br> **COMPLAINT PURSUANT TO 42 U.S.C. 1983** <br><br> **DEMAND FOR JURY TRIAL** |

**JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Named Plaintiffs / Putative Class Representatives Darrell Eden; Randy Bacon; the Estate

of Christopher Brown, through personal representative Paula Rhea Brown; the Estate of Martin

Chouinard, through administrator *ad litem* April Hancock; Sandra Culbertson, the Estate of Denise Culpepper, through personal representative April Richard; Laura Fuller; the Estate of Brandon Gash, by next of kin Harry and Sheryl Gash; Benjamin Newton Hannah; Kris Holder; Amanda Lennie; Shelby Long; Tera Miller; Bryan Wampler; Sharon Waters; Avery L. Sharp; Chelsea Coulter; Kendra Mickel; and Zachary Guinn, on behalf of themselves and of all members of the Damages Class and Injunctive Relief Class ("Plaintiffs"), and (2) Defendants, Bradley County, Tennessee ("Bradley County"); Sheriff Steve Lawson, in his official capacity; Captain Jerry Johnson, Jr., in his official capacity; Eric Watson, in his individual capacity; and Captain Gabriel Thomas, in his individual capacity ("Defendants"), all of whom are parties (collectively, the "Parties") to this Litigation, through their respective undersigned counsel, and, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the reasons explained in the accompanying memorandum of law [117] ("Memorandum"), respectfully request that this Honorable Court (a) enter the Agreed Order Approving Class Action Settlement [117-3] being submitted herewith (or a substantially similar order).

Dated: April 4, 2024.

Respectfully submitted,

By: /s/ C. Scott Johnson
C. Scott Johnson, BPR No. 019810
William J. Rieder, BPR No. 026551
Joseph Alan Jackson II, BPR No. 030203
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400 | P. O. Box 1749
Chattanooga, TN 37401-1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
csj@smrw.com
wjr@smrw.com
jaj@smrw.com

J. Allen Murphy, Jr. BPR No. 019146
(admitted *pro hac vice*)

LAW FIRM OF J. ALLEN MURPHY, JR.
3555 Keith Street, Suite 213
Cleveland, TN 37312
Telephone: (423) 790-7310
Facsimile: (423) 790-7312
allen@jallenmurphy.com

*Attorneys for Plaintiffs*

By: /s/ B. Thomas Hickey
B. Thomas Hickey, Jr., BPR No. 019105
SPICER RUDSTROM PLLC
537 Market Street – Suite 203
Chattanooga, TN 37402-1241
P: (423) 756-0262
F: (423) 756-8489
bth@spicerfirm.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ Joseph Alan Jackson II